UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

| | | |
|---|---|---|
| IN RE: | | |
| SCOTT STEINBERG and | : | Chapter 13 |
| NADINE HASENECZ | : | Case No: 16-10693 |
| | : | |
| *Debtors* | : | |

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald, Esquire, do hereby certify that I have received no Responsive Pleading, and have checked the docket and no Responsive Pleading has been filed on the a Motion to Determine Value of Real Property owned by Debtors known as 1850 Falcon Drive, Bethlehem, Pennsylvania at $200,745.00.  Said Motion was served upon the Trustee and creditor on June 22, 2016.

                                                           _s/Michelle DeWald_____

Date: July 14, 2016                                    Michelle DeWald, Esquire