UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and                  :       Chapter 13
NADINE HASENECZ                      :       Case No: 16-10693
                                     :
    *Debtors*                        :
                                     :

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald, Esquire, do hereby certify that I have received no Responsive Pleading, and have checked the docket and no Responsive Pleading has been filed on the Motion to Avoid Judicial Lien of Capital One Bank to Section 522(f)(1)(A).  Said Motion was served upon the Trustee and creditor on June 22, 2016.

                                            _s/Michelle DeWald_____
Date: July 14, 2016                                Michelle DeWald, Esquire