UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and            :    Chapter 13
NADINE HASENECZ                :    Case No: 16-10693
                               :
    *Debtors*                  :
                               :

## ORDER

AND NOW, upon the motion of debtors to avoid an alleged lien, entered at 2011-C-0475 at MDJ 03-1-04 (Honorable James Narlesky) in Northampton County, Pennsylvania by Capital One Bank in Debtors' exempt real property or personal property located at 1850 Falcon Drive, Bethlehem, PA 18017,

and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. Section 522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Capital One Bank, if any, in Debtors' real or personal property located in 1850 Falcon Drive, Bethlehem, PA 18017 is avoided to the extent it impairs Debtors' exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: July 18, 2016**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge