UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and                 :        Chapter 13
NADINE HASENECZ                     :        Case No: 16-10693
                                    :
        *Debtors*                   :

### ORDER TO DETERMINE VALUE OF DEBTORS' REAL PROPERTY

     *AND NOW,* upon consideration of,

Debtors', Scott Steinberg and Nadine Hasenecz,  Motion to Determine Value of the
residential real estate located at 1850 Falcon Drive, Bethlehem, Pennsylvania (the
"property") ,

     *IT IS DETERMINED AND ORDERED,*

The value of the real property of the Debtors' located at 1850 Falcon Drive, Bethlehem,
Pennsylvania is $200,745.00.

     *IT IS SO ORDERED.*

**Date: July 18, 2016**

_____
                                                    *Judge*