United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Steinberg
Nadine Hasenecz
    Debtors

Case No. 16-10693-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Angela    Page 1 of 1    Date Rcvd: Jul 18, 2016
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
db/jdb      +Scott Steinberg, Nadine Hasenecz, 1850 Falcon Drive, Bethlehem, PA 18017-2775
smg        +Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401
13746002    Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MICHELLE DEWALD    on behalf of Debtor Scott Steinberg mdewald@rcn.com
        MICHELLE DEWALD    on behalf of Joint Debtor Nadine Hasenecz mdewald@rcn.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and                : Chapter 13
NADINE HASENECZ                    : Case No: 16-10693
                                   :
*Debtors*                          :
                                   :

## ORDER

AND NOW, upon the motion of debtors to avoid an alleged lien, entered at 2011-C-0475 at MDJ 03-1-04 (Honorable James Narlesky) in Northampton County, Pennsylvania by Capital One Bank in Debtors' exempt real property or personal property located at 1850 Falcon Drive, Bethlehem, PA 18017, and upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to Section 522(f)(1), 11 U.S.C. Section 522(f)(1), and upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Capital One Bank, if any, in Debtors' real or personal property located in 1850 Falcon Drive, Bethlehem, PA 18017 is avoided to the extent it impairs Debtors' exemption.

IT IS FURTHER ORDERED, pursuant to Section 349(b)(1)(B), 11 U.S.C. Section 349(b)(1)(B), that dismissal of this case reinstates any lien voided under Section 522.

BY THE COURT:

**Date: July 18, 2016**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge