United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10693-ref
Scott Steinberg                                                          Chapter 13
Nadine Hasenecz
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 1          Date Rcvd: Jul 18, 2016
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
db/jdb        +Scott Steinberg,   Nadine Hasenecz,   1850 Falcon Drive,   Bethlehem, PA 18017-2775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHELLE  DEWALD    on behalf of Debtor Scott  Steinberg mdewald@rcn.com
          MICHELLE  DEWALD    on behalf of Joint Debtor Nadine  Hasenecz mdewald@rcn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and                    :        Chapter 13
NADINE HASENECZ                        :        Case No: 16-10693
                                       :
     *Debtors*                         :

### ORDER TO DETERMINE VALUE OF DEBTORS' REAL PROPERTY

*AND NOW,* upon consideration of,

Debtors', Scott Steinberg and Nadine Hasenecz,  Motion to Determine Value of the residential real estate located at 1850 Falcon Drive, Bethlehem, Pennsylvania (the "property") ,

*IT IS DETERMINED AND ORDERED,*

The value of the real property of the Debtors' located at 1850 Falcon Drive, Bethlehem, Pennsylvania is $200,745.00.

*IT IS SO ORDERED.*

**Date: July 18, 2016**

_____
                                            *Judge*