PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-1161.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

In re                                                                Bk. No. 16-10693-ref

SCOTT STEINBERG AKA
SCOTT LAWRENCE STEINBERG AND
NADINE HASENECZ AKA
NADINE MARY HASENECZ,                             Chapter 13

    Debtors.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BANK OF AMERICA, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 1850 Falcon Drive, Bethlehem, Pennsylvania 18017 (Loan No. XXXX5595), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 4, 2016                    By /s/ Dean R. Prober
                                              DEAN R. PROBER, ESQ., CA BAR # 106207
                                              As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Daniel Maximo, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 08/05/2016, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Scott Steinberg
Nadine Hasenecz
1850 Falcon Drive
Bethlehem, PA 18017
Debtors

Michelle Dewald, Esquire
DeWald Law Offices
P.O. Box 5101
Bethlehem, PA 18015-0001
Attorney for Debtors

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 08/05/2016, at Woodland Hills, California.

/s/ Daniel Maximo