United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Steinberg  
Nadine Hasenecz  
       Debtors

Case No. 16-10693-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 17, 2016  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
13746933      BANK OF AMERICA, N.A.,   Bank of America,   PO BOX 31785,   Tampa FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MICHELLE DEWALD    on behalf of Debtor Scott  Steinberg mdewald@rcn.com  
        MICHELLE DEWALD    on behalf of Plaintiff Scott  Steinberg mdewald@rcn.com  
        MICHELLE DEWALD    on behalf of Joint Debtor Nadine  Hasenecz mdewald@rcn.com  
        MICHELLE DEWALD    on behalf of Plaintiff Nadine  Hasenecz mdewald@rcn.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                         TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-10693-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott Steinberg
1850 Falcon Drive
Bethlehem PA 18017

Nadine Hasenecz
1850 Falcon Drive
Bethlehem PA 18017

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/15/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/19/16

Tim McGrath
**CLERK OF THE COURT**