UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and : Chapter 13
NADINE HASENECZ : Case No: 16-10693
*Debtors*

# ORDER

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2, claim #4, is hereby ORDERED and DECREED that:

The Proof of Claim of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2, claim #4, is a wholly general unsecured, non-priority claim in the amount of $23,233.71.

BY THE COURT:

12/22/16

Richard E. Fehling
United States Bankruptcy Judge