United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Steinberg
Nadine Hasenecz
       Debtors

Case No. 16-10693-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: Angela       Page 1 of 1       Date Rcvd: Dec 22, 2016
                             Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
db/jdb       +Scott Steinberg,   Nadine Hasenecz,   1850 Falcon Drive,   Bethlehem, PA 18017-2775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHELLE   DEWALD    on behalf of Plaintiff Nadine   Hasenecz mdewald@rcn.com
          MICHELLE   DEWALD    on behalf of Debtor Scott   Steinberg mdewald@rcn.com
          MICHELLE   DEWALD    on behalf of Plaintiff Scott   Steinberg mdewald@rcn.com
          MICHELLE   DEWALD    on behalf of Joint Debtor Nadine   Hasenecz mdewald@rcn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and　　　　　　　:　　Chapter 13
NADINE HASENECZ　　　　　　　　:　　Case No: 16-10693
*Debtors*

## ORDER

AND NOW, upon consideration of Debtors' Objection to Proof of Claim of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2, claim #4, is hereby ORDERED and DECREED that:

The Proof of Claim of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS THE TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-S2, claim #4, is a wholly general unsecured, non-priority claim in the amount of $23,233.71.

BY THE COURT:

12/22/16

Richard E. Fehling
United States Bankruptcy Judge