UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and            :    Chapter 13
NADINE HASENECZ                :    Case No: 16-10693

   *Debtors,*      :

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTOR

  NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2002(a)(6), for compensation and, in the absence of objection and, good cause existing for the approval thereof,

  IT IS HEREBY ORDERED AND DECREED, that the compensation and expenses charged by the counsel for the Debtor, Michelle DeWald, Esquire in the amount of THREE THOUSAND FIVE HUNDRED and xx/100 DOLLARS ($3,500.00) compensation and THREE HUNDRED FIFTY and xx/100 DOLLARS ($350.00) expenses, totaling THREE THOUSAND EIGHT HUNDRED FIFTY and xx/100 DOLLARS, of which ONE THOUSAND ($1,000.00) has been paid already and TWO THOUSAND EIGHT HUNDRED FIFTY and xx/100 DOLLARS ($2,850.00) is unpaid and the same is hereby approved.

BY THE COURT:

**Date: February 7, 2017**

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE