Certificate Number: 17572-PAE-DE-030797687

Bankruptcy Case Number: 16-10693



17572-PAE-DE-030797687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 29, 2018</u>, at <u>1:58</u> o'clock <u>PM PDT</u>, <u>Scott L Steinberg</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 29, 2018</u>            By:    <u>/s/Benjamin E Wunsch</u>

                                      Name:  <u>Benjamin E Wunsch</u>

                                      Title: <u>Counselor</u>