Certificate Number: 17572-PAE-DE-030797686

Bankruptcy Case Number: 16-10693



17572-PAE-DE-030797686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 29, 2018, at 1:58 o'clock PM PDT, Nadine M Hasenecz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 29, 2018            By:   /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title:  Counselor