UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and                    :        Chapter 13
NADINE HASENECZ                        :        Case No: 16-10693

        *Debtors,*                     :

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

        Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    __X__   I owed no domestic support obligation when I filed my bankruptcy petition,
            and I have not been required to pay any such obligation since then.

    _____   I am or have been required to pay a domestic support obligation.  I have paid
            all such amounts that my chapter 13 plan required me to pay.  I have also paid
            all such amounts that became due between the filing of my bankruptcy petition
            and today.

*Part II. If you checked the second box, you must provide the information below:*

   My current address:_____

   My current employer and my employer's address: _____

        _____

*Part III.  Certification Regarding 522(q) (check no more than one)*

    __X__   I have not claimed an exemption pursuant to 522(b)(3) and state or local law
    (1) in property that I or a dependent of mine uses as a residence, claims as a
    homestead, or acquired as a burial plot, as specified in section 522(p)(1), and (2) that
    exceeds $155,675 in value in the aggregate.

    _____   _I have claimed an exemption in property pursuant to 522(b)(3)  and state or
    local law (1) that I or a dependent of mine uses as a residence, claims as a homestead,
    or acquired as a burial plot, as specified in section 522(p)(1), and (2) that exceeds
    $155,675 in value in the aggregate.

I certify under penalty of perjury that the information provided in these certifications is true
and correct to the best of my knowledge and belief.
Dated:  04/05/18                              sScott Steinberg_____
                                             SCOTT STEINBERG, DEBTOR