# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and         :    Chapter 13
NADINE HASENECZ              :    Case No: 16-10693
                             :
*Debtors,*                   :

## CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtors, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Modify their Chapter 13 Plan post-Confirmation and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on March 26, 2018 and I further certify that the motion is uncontested.

Date:  April 17, 2018              s/Michelle DeWald__
                                   Michelle Dewald, Esquire
                                   PA #64955
                                   1683 Broadhead Court
                                   Bethlehem, PA 18015
                                   (610) 419-4561 – phone
                                   (610) 419-4872 – fax