UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANNIA

IN RE:
SCOTT STEINBERG and          :      Chapter 13
NADINE HASENECZ              :      Case No: 16-10693
                             :
     *Debtors,*              :

## ORDER TO AMEND CHAPTER 13 PLAN POST CONFIRMATION

*AND NOW,* upon consideration of the Debtors', Scott Stenberg and Nadine Hasenecz's, Motion to Modify their Chapter 13 Plan Payments Post-Confirmation, it is hereby ORDERED and DECREED that:

1. Debtors are granted permission to Amend their Chapter 13 Plan Post-Confirmation to pay to Frederick Reigle, Esquire Standing Chapter 13 Trustee, the amount of forty-four thousand seven hundred thirty dollars and two cents ($44,730.02).

                                        *BY THE COURT*

**Date: April 18, 2018**                [signature]

                                        _____
                                        *Judge*