United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Scott Steinberg  
Nadine Hasenecz  
      Debtors

Case No. 16-10693-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Jul 30, 2018  
                      Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.  
db/jdb     +Scott Steinberg,   Nadine Hasenecz,   1850 Falcon Drive,   Bethlehem, PA 18017-2775  
cr        +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,  
          20750 Ventura Blvd, Suite 100,   Woodland Hills, CA 91364-6207  
cr        +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:  
      JASON BRETT SCHWARTZ   on behalf of Creditor   Bank of America, N.A. jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      MICHELLE DEWALD   on behalf of Joint Debtor Nadine Hasenecz mdewald@rcn.com  
      MICHELLE DEWALD   on behalf of Plaintiff Nadine Hasenecz mdewald@rcn.com  
      MICHELLE DEWALD   on behalf of Debtor Scott Steinberg mdewald@rcn.com  
      MICHELLE DEWALD   on behalf of Plaintiff Scott Steinberg mdewald@rcn.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of<br><br>Scott Steinberg<br>*aka* Scott Lawrence Steinberg,<br>*and* Nadine Hasenecz<br>*aka* Nadine Mary Hasenecz,<br>Debtors | CHAPTER 13<br><br>CASE NO. 16-10693-ref<br><br><br>HEARING DATE: 05/24/2018<br>HEARING TIME: 9:30 a.m. |
| Bank of America, N.A., its assignees and/or successors in interest,<br>    Movant<br><br>vs.<br><br>Scott Steinberg and Nadine Hasenecz;<br>Frederick L. Reigle, Trustee,<br>    Respondents. | LOCATION:<br>U.S. Bankruptcy Court<br>The Madison Building<br>Courtroom No. 1<br>400 Washington Street<br>Reading, PA 19601 |

## CONSENT ORDER RE MOTION FOR RELIEF

IT IS HEREBY CONSENTED by and between Movant, Bank of America, N.A., its assignees and/or successors in interest, through its retained counsel, Jason Brett Schwartz, Esquire, and Debtors Scott Steinberg and Nadine Hasenecz, through their counsel, Michelle DeWald, Esquire, and Frederick L. Reigle, Chapter 13 Trustee, as follows:

1. Debtors shall maintain the regular monthly payments on Movant's loan obligation, and otherwise comply with all other terms of the subject Note and Mortgage, including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, encumbering the subject Property, generally described as 1850 Falcon Drive, Bethlehem, Pennsylvania 18017, in a timely fashion, commencing with the June 1, 2018 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent,

1

Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

2. Debtors shall pay to Movant the sum of $1,031.00, representing its attorneys' fees incurred in bringing this action. Said fees shall be paid on or before July 1, 2018. Said payment shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, Bankruptcy Department, P.O. Box 3730, Anaheim, CA 92806.

3. In the event Debtors fail to timely and properly comply with the payments set forth in Paragraph 1 or 2 hereinabove, or any other terms of the subject Note and Mortgage including, but not limited to, the requirement to maintain insurance naming Movant as the loss payee, Movant may mail a Letter of Default to Debtors and Debtors' counsel. Debtors shall have fifteen (15) days from the date of mailing of said Letter within which to cure the existing breach. If Debtors fail to do so, then on the sixteenth (16th) day, Movant shall serve and lodge a Certification of Default along with a final Order for Relief from the Automatic Stay. Upon the entry of said Order, the Automatic Stay in the above-entitled bankruptcy proceeding shall be immediately vacated and extinguished for all purposes as to Movant, allowing Movant to proceed with foreclosure of the subject Property, pursuant to applicable State law.

4. Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

5. Should Movant obtain relief from the automatic stay due to a breach of the terms of this Order, any Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

6. A Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c)

2

is not required for the fees and costs included and disclosed as part this Order.

7. Debtors and Movant hereby acknowledge that except as modified by this Consent Order, all terms, conditions, rights and remedies contained in the loan documents shall remain in full force and effect and continue to remain valid and enforceable. Debtors further acknowledge and agree that this consent order is a supplement in addition to the loan documents and not in lieu thereof.

8. The parties agree that a signature transmitted electronically or by facsimile shall be accorded the same force and effect, and may be submitted to the Court. Any amendments to this consent order must be in writing signed by both the Debtors and the Movant or their respective counsel.

Dated: 7/25/18

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Retained Counsel for Movant
1333 Race Street
Philadelphia, PA 19107
Telephone (267) 909-9036
Facsimile (215) 665-1393
E-Mail: jschwartz@mesterschwartz.com
FHAC.241-1161.NF

Dated: 7/23/18

DeWALD LAW OFFICES

Michelle DeWald, Esquire
P.O. Box 5101
Bethlehem, PA 18015-0001
Telephone (610) 419-4561
E-Mail: mdewald@rcn.com

3

Dated: 7/25/18

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Telephone (610) 779-1313

**IT IS SO ORDERED**
**Date: July 30, 2018**

Hon. Richard E. Fehling
CHIEF BANKRUPTCY JUDGE

4