United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Scott Steinberg
Nadine Hasenecz
     Debtors

Case No. 16-10693-ref
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv                    Page 1 of 2                  Date Rcvd: Mar 01, 2019
                              Form ID: 138NEW              Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.

```
db/jdb         +Scott Steinberg,    Nadine Hasenecz,    1850 Falcon Drive,    Bethlehem, PA 18017-2775
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Blvd, Suite 100,    Woodland Hills, CA 91364-6207
13668938        Apex Financial Management, LLC,    1120 W. Lake Cook Rd., ste A,    Buffalo Grove, IL 60089-1970
13746933        BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
13668940       +Bank of America,    450 American Street #SV416,    Simi Valley, CA 93065-6285
13674275       +Bank of America, NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13773142       +Bank of America, NA,    c/o Dean R. Prober, Esq.,    20750 Ventura Blvd., Suite 100,
                 Woodland Hills, CA 91364-6207
13668942        Bonton,    P.O. Box 15521,    Wilmington, DE 19850-5521
13668943        Buy Here/Pay Here,    Allentown, PA 18102
13668946        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13823667       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13668947       +Dell Computer,    P.O. Box 81577,    Austin, TX 78708-1577
13668949       +Equable Ascent Financial,    1120 W. Lake Cook Rd., ste A,    Buffalo Grove, IL 60089-1970
13668951        Hayt, Hayt & Landau, LLC,    123 S. Broad Street, ste 1660,    Philadelphia, PA 19109-1003
13668954       +J.M. Adjustment Services, LLC,    44600 Delco Blvd,    Sterling Heights, MI 48313-1024
13668955       +Joseph Zaladonis, Jr., M.D., PC,    1665 Valley Center Pkwy, ste 120,    Bethlehem, PA 18017-2353
13668956       +Keller Graduate School of Mgmt,    75 Remittance Drive, ste 1760,    Chicago, IL 60675-1760
13668963        LVPG Orthopeadics,    1250 S. Cedar Crest Blvd., ste 110,    Allentown, PA 18103-6224
13668957       +Lehigh Valley Cariology Associates,    2649 Schoenersville Rd., ste 301,
                 Bethlehem, PA 18017-7333
13668959        Lehigh Valley Health Network,    P.O. Box 781733,    Philadelphia, PA 19178-1733
13668958        Lehigh Valley Health Network,    P.O. Box 8500,    Philadelphia, PA 19178-7821
13668960        Lehigh Valley Hospital,    P.O. Box 8500,    #8076,    Philadelphia, PA 19178-8076
13668961        Lehigh Valley Hospital Muhlenberg,    P.O. Box 8500,    #7821,    Philadelphia, PA 19178-7821
13668962        Lehigh Valley Physicians Group,    P.O. Box 1754,    Allentown, PA 18105-1754
13668964       +Merchants Credit Guide Co,    223 W. Jackson Blvd. #400,    Chicago, IL 60606-6974
13668965       +Michelle DeWald,    1683 Broadhead Court,    Bethlehem, PA 18015-5517
13668966       +Muhlenberg Hospital Center,    2545 Schoenersville Road,    Bethlehem, PA 18017-7384
13668969        OAA Orthopaedics Specialists,    250 Centronia Road,    Allentown, PA 18104-9168
13668970       #+Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13668971       +RAB, Inc,    P.O. Box 34111,    7000 Goodlett Farms Pkw, ste 501,    Cordova, TN 38016-4917
13668972       +Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13668973        St. Luke's Anderson Campus,    P.O. Box 8500,    Philadelphia, PA 19178-9132
13668974       +St. Luke's Emergency Phys. specialists,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13668975        St. Luke's Physicians Group,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13746992        THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Bank of America,    PO BOX 31785,
                 Tampa FL 33631-3785
13668977       +Valley Pain Specialists, PC,    c/o Apex Asset Management,    1891 Santa Barbara Dr., ste 204,
                 Lancaster, PA 17601-4106
13668978       +Valley Surgical Center,    c/o Apex Asset Management,    1891 Santa Barbara Dr., ste 204,
                 Lancaster, PA 17601-4106
13668980        +Westfield Hospital,    4815 West Tilghman Street,    Allentown, PA 18104-9374
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:23:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 02 2019 03:24:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13668939       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 02 2019 03:23:52     Asset Acceptance LLC,
                 P.O. Box 1630,    Warren, MI 48090-1630
13668941        E-mail/Text: bnc@bass-associates.com Mar 02 2019 03:23:08     Bass & Associates,
                 3936 E. Fort Lowell Road,    Tucson, AZ 85712-1083
13668944       +E-mail/Text: cms-bk@cms-collect.com Mar 02 2019 03:23:18
                 Capital Asset Management Services, LP,    726 Exchange Street, ste 700,
                 Buffalo, NY 14210-1464
13668945       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:28:56     Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13746002        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:28:46
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13668948        E-mail/Text: bankruptcynotices@devry.edu Mar 02 2019 03:24:41     DeVry,    814 Commerce Drive,
                 Oak Brook, IL 60523-8822
13715595        E-mail/Text: bankruptcynotices@devry.edu Mar 02 2019 03:24:41     Devry Education Group,
                 814 Commerce Drive, Suite 200,    Oak Brook, IL 60523
```

```
District/off: 0313-4          User: dlv                Page 2 of 2                   Date Rcvd: Mar 01, 2019
                              Form ID: 138NEW          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13668950       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:28:46      GECRB/TWEETER,    P.O. Box 965036,
                 Orlando, FL 32896-5036
13668967        E-mail/Text: Bankruptcies@nragroup.com Mar 02 2019 03:25:04      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
13668968       +E-mail/Text: bankruptcy@emeraldar.com Mar 02 2019 03:23:09      Northeastern Rehabilitation As,
                 c/o Emerald AR Systems, LLC,    P.O. Box 843161,    Los Angeles, CA 90084-3161
13668979        E-mail/Text: BKRMailOps@weltman.com Mar 02 2019 03:23:59      Weltman, Weinberg & Reis, CO,
                 323 W. Lakeside Ave., ste 200,    Cleveland, OH 44113-1009
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13668953       ##+HSBC,   P.O. Box 5253,    Carol Stream, IL 60197-5253
13668952       ##+Health Network Laboratories,    2024 Lehigh Street,    Allentown, PA 18103-4938
13668976       ##+Stellar Recovery Inc,   1327 US Hwy 2 W,    Kalispell, MT 59901-3413
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Bank of America, N.A. jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHELLE    DEWALD    on behalf of Debtor Scott    Steinberg mdewald@rcn.com
              MICHELLE    DEWALD    on behalf of Plaintiff Scott    Steinberg mdewald@rcn.com
              MICHELLE    DEWALD    on behalf of Joint Debtor Nadine    Hasenecz mdewald@rcn.com
              MICHELLE    DEWALD    on behalf of Plaintiff Nadine    Hasenecz mdewald@rcn.com
              SCOTT    WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Scott Steinberg and Nadine Hasenecz
      Debtor(s)

Bankruptcy No: 16−10693−ref
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    400 Washington Street
                            Suite 300
                        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                        For The Court
                                            Timothy B. McGrath
                                              Clerk of Court

Dated: 3/1/19

                                                                              66 − 65
                                                                      Form 138_new